UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
CASTELLUZZO,                                                       ORDER OF DISMISSAL
        Plaintiff,                                              FOR FAILURE TO PROSECUTE

  -v-
                                                                           2008CV 2000 (TCP)(ARL)

CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC,
        Defendant.
----------------------------------------------------X

      IT IS HEREBY ORDERED that the above entitled matter be dismissed for failure to prosecute. There having been no activity in this case since September 2009 and there was no response to the request for a written status report filed on May 20, 2010.

      IT IS FURTHER ORDERED that a copy of this Order be mailed to counsel for all sides and the Clerk of the Court is directed to mark the case closed.

                                                                                 Thomas C. Platt
                                                                                 U.S. District Judge

Dated: Central Islip, NY
       February 15, 2011